**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Alief Independent School District v. Anthony Velazquez

Appellate case number: 01-22-00444-CV

Trial court case number: 2021-42160

Trial court: 80th District Court of Harris County

On December 22, 2022, this case was abated so that the third supplemental clerk's record could be filed. The third supplemental clerk's record was filed on January 19, 2023. Therefore, the abatement of this case is lifted and the case is reinstated on this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                                  Acting individually

Date: February 7, 2023